# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 15 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Electronic Data Associated With Mobile Device No. (410) 236-0116, & Stored At Premises Controlled By AT&T Mobility LLC

Case No. 14-1595 BPG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____Southern_____ District of _____Florida_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1512 | Obstruction of justice; use of a firearm in furtherance of a crime of violence and stalking. |
| 18 U.S.C. Section 924(c) | |
| 18 U.S.C. Section 2261A | |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Michael Shao, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-11-14

*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

